IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY E. PRICE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-131 |
| | : | |
| UPPER DARBY SCHOOL DISTRICT | : | |

## **ORDER**

AND NOW, this 14th day of October, 2016, upon consideration of Plaintiff Mary E. Price's Motion for Summary Judgment, Defendant Upper Darby School District's Motion for Summary Judgment, Defendant's response to Plaintiff's Motion, and the parties' presentations at the June 13, 2016, oral argument, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

1. Plaintiff's Motion (Document 49) is DENIED; and

2. Defendant's Motion (Document 48) is GRANTED. Judgment is entered in favor of Defendant as to all claims.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.